IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GODFREY PANAM | : | CIVIL ACTION NO. 1:15-cv-1591 |
| Petitioner | : | (Judge Kane) |
| | : | (Magistrate Judge Saporito) |
| v. | : | |
| LORETTA LYNCH, Attorney General of the United States of America, et al. | : | |
| Respondents | : | |

## O R D E R

Before the Court in the captioned action is a September 1, 2015 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**ACCORDINGLY**, this 22nd day of September 2015, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation of Magistrate Judge Saporito (Doc. No. 6).

2) The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DISMISSED as moot**.

3) The Clerk of Court shall **CLOSE** this case.

                                              s/ Yvette Kane
                                              YVETTE KANE, District Judge
                                              United States District Court
                                              Middle District of Pennsylvania